

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<em>United States District Courthouse</em><br>
<em>300 Quarropas Street</em><br>
<em>White Plains, New York 10601</em>

June 11, 2020

Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

   Re: <u>United States v. Jonathan Weiss</u>
     20 Mag. <u>6097</u>

Dear Judge McCarthy:

  The defendant in the above-referenced Complaint was arrested this morning. Accordingly, the Government requests that the Complaint be unsealed.

            Respectfully,

            GEOFFREY S. BERMAN
            United States Attorney

      By: *[signature]*
            Marcia S. Cohen
            Assistant U.S. Attorney
            (914) 993-1902

**SO ORDERED:**

*[signature: Judith C. McCarthy]*
**JUDITH C. McCARTHY**
**United States Magistrate Judge** *6-11-2020*